# BMZ LAW

113 FOURTH STREET
HUNTINGDON, PA 16652-1417

CHARLES A. BIERBACH
THOMAS E. McDOWELL
JAMES M. McCLURE



www.bmzlaw.com

PHONE 814-643-3555
FAX 814-643-1173
1-877-4-BMZLAW

THOMAS K. HOOPER
KIMBERLY M. KITCHEN
JENNIFER B. DALE

December 1, 2009

Attention: Tom B.
Clerk
U.S. Bankruptcy Court
274 Max Rosenn US Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

    RE:    **Harper, Stacey Dawn**
            **Case No. 1-05-09503**
            **Unclaimed Funds for:**
            **Truelogic Financial Co.**
            **10000 East Geddes Avenue**
            **Suite 100**
            **Englewood, CO 80112**

RECEIVED WILKES BARRE PA
DEC - 3 2009
Clerk, U.S. Bankruptcy Court

Dear Tom:

Enclosed please find the Check No. 111 in the amount of $4,508.00 payable to the Clerk, U. S. Bankruptcy Court, which represents Unclaimed Funds for Claim No. 1 for Truelogic Financial Co. regarding the above-captioned matter.

If you have any questions concerning the enclosed documents, please do not hesitate to contact me.

BMZ LAW

Charles A. Bierbach

CAB/nsh

Enclosures

05-09503



FILED WILKES BARRE PA
DEC - 3 2009
Clerk, U.S. Bankruptcy Court

BLAIR COUNTY OFFICE: 1316 THIRD AVENUE (RTE 22) • DUNCANSVILLE, PA 16635 • PHONE 814-695-2311 FAX 814-695-2399
MIFFLIN COUNTY OFFICE: 20 SOUTH WAYNE STREET • LEWISTOWN, PA 17044 • PHONE 717-242-2400 FAX 717-242-8599

Case 1:05-bk-09503-MDF   Doc 57   Filed 12/03/09   Entered 12/03/09 12:50:26   Desc
Main Document   Page 1 of 1